**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAULINA POE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE; TAMMIE M. GREGG, in her official capacity as Principal Deputy Director, Bureau of Justice Assistance; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendants. | Case No. 1:26-cv-01552 |

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM, TO FILE UNDER SEAL, AND FOR PROTECTIVE ORDER**

Plaintiff Paulina Poe ("Plaintiff"), by and through her attorneys, hereby seeks authorization to proceed under a pseudonym in the above-captioned matter. In light of her status as an incarcerated transgender woman challenging action by the federal government, Plaintiff is concerned about the social stigmatization, harassment, retaliation, discrimination, and potential violence she may experience from others, including those in and out of prison, that could cause her physical (including sexual) and/or mental harm if her identity is disclosed to the public.

Plaintiff respectfully requests that this Court (1) grant her motion to proceed under a pseudonym; (2) grant her motion to partially seal her supporting declaration and seal her address as required by Local Civil Rule 5.1(c)(1); and (3) enter a protective order that prohibits Defendants' counsel from revealing her identifying information and prohibits any of the following

information that could be used to identify Plaintiff from being shared with Defendants or publicly filed in this action: (i) Plaintiff's biographical details, including but not limited to her age, place of residence, current and former names, and date of birth, (ii) her criminal history, including the crimes she was convicted of, and the period of her incarceration, (iii) her disciplinary record, any assaults or harassment she has experienced, her rehabilitation activities, the facilities where she is or has been housed, and her relationship and communications with her criminal lawyer, and (iv) all details of Plaintiff's medical history, records, treatments, and specific physical and mental health diagnoses of any kind.

Dated: May 6, 2026

Respectfully submitted,

_/s/ Alexander Shalom_______________

Amy Whelan (*pro hac vice pending*)
National Center for LGBTQ Rights
1401 21st Street #11548,
Sacramento, CA 95811
(415) 365-1338
awhelan@nclrights.org

Sarah Austin (*pro hac vice pending*)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
saustin@glad.org

Alexander Shalom (NJ055)
Natalie Kraner (NY0304)
Kegan Brown (*pro hac vice pending*)
Amanda Cipriano (*pro hac vice pending*)
Mikayla Berliner (*pro hac vice pending*)
Lowenstein Sandler LLP
One Lowenstein Drive

Roseland, NJ 07960
(212) 419-5866
ashalom@lowenstein.com
nkraner@lowenstein.com
kbrown@lowenstein.com
acipriano@lowenstein.com
mberliner@lowenstein.com

Alyssa C. Lareau (D.C. Bar 494881, *admission to D.D.C. pending*)
Wardenski P.C.
300 New Jersey Avenue NW, Suite 300
Washington, DC 20001
(202) 935-4224
alyssa@wardenskilaw.com

*Attorneys for Plaintiff Paulina Poe*