**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PAULINA POE,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE; TAMMIE M. GREGG, in her official capacity as Principal Deputy Director, Bureau of Justice Assistance; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Defendants.

Case No. 1:26-cv-01552

**Filed Under Seal**

**DECLARATION OF PLAINTIFF PAULINA POE**

I, Paulina Poe, declare:

1. I am a transgender woman who is incarcerated in a men's prison. I am using the pseudonym Paulina Poe to protect myself.

2. Living with men puts me in danger every day. I have been forced to have sex against my will, and I am constantly subjected to unwanted touching, sexual harassment, and threats from male prisoners and staff who treat me as a target for sexual victimization.

3. I live as a woman in all aspects of my life. Although my birth sex was male, [redacted] I have [redacted] I am seen by the men around me as any woman would be in a men's prison — as a target.

[redacted]

[redacted]

5. The threat of being sexually attacked is always there. Multiple men in my facility have propositioned me for sex in threatening ways. Men often touch my breasts without my consent. They are always looking for ways to touch me. Men also make constant sexual comments about my body, especially my breasts.

6. I feel especially vulnerable in the showers in my facility, which are not private. As a result, [redacted]

7. I have also been strip-searched by male officers several times in the past two years. On one occasion, I was forced to strip naked [redacted] while four or five male officers stood and watched. The experience was traumatizing and humiliating. I do not feel safe exposing my body, and especially my breasts, to men.

8. On another occasion, [redacted]

9. Recently, I had another frightening encounter with a correctional officer. I [redacted] The whole interaction was very traumatic.

10. The PREA regulations are very important protections for me. I can point to them when other prisoners or corrections officials put me at risk, and they give me the chance to report things to auditors too. For example, last year I spoke to a PREA auditor about harassment I experienced when the auditor visited my facility. Having the PREA regulations in place makes a huge difference to me. They make me feel acknowledged and that someone cares for my safety.

11. Because of policies related to PREA, [redacted] I should only be pat-searched or strip-searched by female officers. Without this, I would be put in dangerous situations with male officers much more often.

12. The PREA regulations also mean that staff have to consider my sexual assault risk if they try to change my housing or bed assignment. Right now, [redacted] But there are units in my facility that have dorm-style housing, communal showers, and no privacy. If I were housed there, I would be terrified of being sexually assaulted and harassed.

13. The PREA regulations also require corrections officers to consider placing me in a women's facility to protect my health and safety. I have repeatedly asked to be transferred to a women's facility, where I would be much safer, and I would not have to live in fear of sexual abuse. [redacted]

14. I am aware that in December 2025, the federal government issued a memo stating that the PREA regulations protecting transgender people will no longer be enforced and should be disregarded. When I learned about this memo, I immediately felt anxious and afraid.

15. Because of the memo, I am even more worried that I will be sexually assaulted in the men's facility where I am housed. I am also concerned that because of the memo, it will be even harder to get corrections officials to consider placing me in a women's facility to protect my health and safety.

16. A PREA audit could have been a step toward getting corrections officials to do more to protect me from sexual assault and to follow the laws about housing placements for transgender people. But because of the memo, that option is now gone. The memo requires PREA auditors to ignore issues that put transgender people like me at risk.

17. The memo also sends the message that, because I am transgender, I am not entitled to protection from sexual violence. The memo tells staff to ignore these important protections and tells PREA monitors that they should not look out for us anymore. It also sends the message to other prisoners that we will no longer be protected or helped, which I worry will encourage men to assault us even more. Without PREA's protections, it's as if I don't exist. I feel like I am screaming but have no voice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13TH, 2026.

Paulina Poe