**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAULINA POE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE; TAMMIE M. GREGG, in her official capacity as Principal Deputy Director, Bureau of Justice Assistance; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendants. | Case No. 1:26-cv-01552<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM, TO FILE UNDER SEAL, AND FOR PROTECTIVE ORDER** |

**THIS MATTER** having been opened to the Court by GLBTQ Legal Advocates & Defenders, National Center for LGBTQ Rights, Lowenstein Sandler LLP, and Wardenski P.C., counsel for Plaintiff Paulina Poe ("Plaintiff"), by way of motion for an order granting authorization to proceed under a pseudonym in the above-captioned matter, to partially seal the supporting declaration filed with that motion, and for a protective order (the "Motion"), and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, if any, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

**IT IS** on this ___ day of ________, 2026,

ORDERED that

1. Plaintiff's Motion is, **GRANTED**;

2. Plaintiff is permitted to proceed under a pseudonym during the duration of the case;
3. Plaintiff may partially seal the supporting declaration filed with the Motion, as effected in the proposed redacted form submitted by Plaintiff;
4. Plaintiff's identity, and any of the following information that could be used to identify Plaintiff, shall not be publicly filed or disclosed to persons other than Defendants' counsel:
    a. Plaintiff's biographical details, including but not limited to her age, place of residence, current and former names, and date of birth;
    b. Plaintiff's criminal history, including the crimes she was convicted of, and the period of her incarceration;
    c. Plaintiff's disciplinary record, any assaults or harassment she has experienced, her rehabilitation activities, the facilities where she is or has been housed, and her relationship and communications with her criminal lawyer; and
    d. All details of Plaintiff's medical history, records, treatments, and specific physical and mental health diagnoses of any kind.

______________________________

United States District Judge