**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PAULINA POE, | |
| Plaintiff, | Case No. 1:26-cv-01552 (DLF) |
| v. | |
| U.S. DEPARTMENT OF JUSTICE; TAMMIE M. GREGG, in her official capacity as Principal Deputy Director, Bureau of Justice Assistance; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Paulina Poe, through her undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h), before the Honorable Dabney L. Friedrich, United States District Court for the District of Columbia, at the United States District Courthouse, 333 Constitution Ave. NW, Washington, DC 20001 for an Order granting summary judgment in favor of Plaintiff and against Defendants U.S. Department of Justice ("DOJ"), Tammie Gregg, in her official capacity as Principal Deputy Director of the Bureau of Justice Assistance, and Todd Blanche, in his official capacity as Acting Attorney General of the United States, for the procedural violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 553, in issuing the memorandum titled "National PREA Standards Alignment with Executive Order 14168" (the "Memorandum") on December 2, 2025; for a declaration that the Memorandum constitutes unlawful agency action and that the PREA regulations referenced in the Memorandum remain in full force and effect under the APA and the Declaratory Judgment Act; for vacatur of the Memorandum; and for further relief as the Court deems just and proper.

In support, Plaintiff submits a Memorandum of Law and Statement of Undisputed Material Facts.  A Proposed Order is attached.

Dated:  July 23, 2026                                  Respectfully submitted,

/s/ Alexander Shalom
Alexander Shalom (NJ055)
Natalie Kraner (NY0304)
Kegan A. Brown (admitted *pro hac vice*)
Amanda K. Cipriano (admitted *pro hac vice*)
Mikayla R. Berliner (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07960
(212) 419-5866

Alyssa C. Lareau (D.C. Bar ID 494881)
**WARDENSKI P.C.**
300 New Jersey Avenue NW, Suite 300
Washington, D.C. 20001
(202) 935-4224

Sarah Austin (*D.D.C. admission pending*)
**GLBTQ LEGAL ADVOCATES &
DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Amy Whelan (*D.D.C. admission pending*)
**NATIONAL CENTER FOR LGBTQ
RIGHTS**
1401 21st Street #11548
Sacramento, CA 95811
(415) 365-1338

*Attorneys for Plaintiff Paulina Poe*