**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAULINA POE,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE; TAMMIE M. GREGG, in her official capacity as Principal Deputy Director, Bureau of Justice Assistance; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>       Defendants. | Case No. 1:26-cv-01552 (DLF) |

**[PROPOSED] ORDER**

THIS MATTER having been opened to the Court by GLBTQ Legal Advocates & Defenders, National Center for LGBTQ Rights, Lowenstein Sandler LLP, and Wardenski P.C., counsel for Plaintiff Paulina Poe ("Plaintiff"), by way of motion for summary judgment on her claims for the procedural violation of the Administrative Procedure Act, 5 U.S.C. § 553, by Defendants U.S. Department of Justice ("DOJ"), Tammie Gregg, in her official capacity as Principal Deputy Director of the Bureau of Justice Assistance, and Todd Blanche, in his official capacity as Acting Attorney General of the United States (collectively, "Defendants") in issuing the memorandum titled "National PREA Standards Alignment with Executive Order 14168" (the "Memorandum") on December 2, 2025; for a declaration that the Memorandum constitutes unlawful agency action and that the PREA regulations referenced in the Memorandum remain in full force and effect under the APA and the Declaratory Judgment Act; for vacatur of the Memorandum; and for further relief as the Court deems just and proper (the "Motion"); and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto,

if any, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown,

It is on this ___ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the Memorandum violates the APA and is therefore vacated, and it is further

**ORDERED** that the PREA regulations referenced in the Memorandum remain in full force and effect, and it is further

**ORDERED** that Defendants disseminate a notice to all facilities subject to PREA clarifying that the Memorandum has been vacated and that the PREA regulations referenced in the Memorandum remain in full force and effect, and it is further

**ORDERED** that the Clerk of the Court shall enter judgment for Plaintiff on all counts.

**IT IS SO ORDERED.**

_____
Hon. Dabney L. Friedrich, U.S.D.J.