IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINA POE,<br>*Plaintiff*,<br>*v.*<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-01552 |

## JOINT MOTION FOR BRIEFING SCHEDULE

The parties hereby move for the Court to establish a briefing schedule for Plaintiff's Motion for Summary Judgement, as set forth below.

Plaintiff Paulina Poe filed this suit on May 6, 2026. ECF No. 1. Plaintiff filed a motion for summary judgement on July 23, 2026. ECF No. 21.

The parties have conferred and agree this case can be resolved on cross-motions for summary judgment. The parties propose the following briefing schedule:

- **September 10, 2026** – Defendants' opposition to Plaintiff's motion for summary judgment / cross-motion for summary judgment
- **September 24, 2026** – Plaintiff's reply / Opposition to Defendants' cross-motion
- **October 8, 2026** – Defendants' reply in support of cross-motion

Accordingly, the parties respectfully request that the Court issue a scheduling order granting the parties' agreed-upon briefing schedule. Given the parties' agreement to resolve this case on cross-motions for summary judgment, the parties further agree that Defendants' obligation

to respond to Plaintiff's complaint under Rule 12 shall be stayed pending resolution of the motions. A proposed order is attached.

Dated: July 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
(D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*