**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PAULINA POE,

*Plaintiff*,

*v*.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-01552

**[Proposed] ORDER GRANTING**
**JOINT MOTION FOR BRIEFING SCHEDULE**

Having reviewed the Parties' Joint Motion for Briefing Schedule, it is hereby ORDERED that the Motion is GRANTED.

The following briefing schedule shall govern this case:

- **September 10, 2026** – Defendants' opposition to Plaintiff's motion for summary judgment / cross-motion for summary judgment
- **September 24, 2026** – Plaintiff's reply / Opposition to Defendants' cross-motion
- **October 8, 2026** – Defendants' reply in support of cross-motion

Defendants' obligation to respond to Plaintiff's complaint under Federal Rule of Civil Procedure 12 is hereby STAYED pending resolution of the parties' motions for summary judgment.

Dated: _________________

_____________________________
DABNEY L. FRIEDRICH
United States District Judge